784

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of JOSEPH J. POLANSKY, an Attorney, Respondent. SAMUEL GREASON, Petitioner.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of E. LLEWELLYN REEVE, Appellant, v. NEW YORK STATE CIVIL SERVICE COMMISSION et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

ELIZABETH L. KALLMAN, Appellant, v. M. RAYMOND KALLMAN, Respondent.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

(A) JOHN KING, Respondent, v. JOSEPH GILLERT, Appellant. (B) CASSANDRA K. LA RUEA, Respondent, v. GENERAL SPORTSWEAR CO., INC., et al., Appellants. (C) ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent. (D) MARGARET POCHARI, Plaintiff, v. COUNTY OF WESTCHESTER et al., Defendants, TRUMID CONSTRUCTION COMPANY, INC., Appellant, and GAMEWELL COMPANY, Respondent. (E) DOROTHY RICHARDSON, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

FLORENCE MAURO et al., Respondents, v. EDWARD RUCKERT et al., Respondents, and NEW YORK TELEPHONE COMPANY et al., Appellants. MARIE RUCKERT et al., Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

JOSEPH MOREA, Respondent, v. ELIZABETH MURATORE et al., Defendants, and DONALD V. KANE, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

NORTHVILLE DOCK CORPORATION, Respondent, v. CARL L. ALLER et al., Defendants, and ALCO UTILITIES CORP. et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PIERCE JOHNSON, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGRATH, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.—

Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur; Christ, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH ALLEN WOLFSON, Relator, v. WARDEN OF RAYMOND STREET JAIL, BROOKLYN, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUFUS WARE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.—

David M. Kahn, Esq., 175 Main Street, White Plains, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK ZIZZO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. —

Edward J. Murtaugh, Esq., 25 Market Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

CHARLES P. RUSSO, Respondent, v. MICHAEL FRISCIA, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

NATHAN SCHWARTZ, Respondent-Appellant, v. COMPANIA AZUCARERA VERTIENTES-CAMAGUEY DE CUBA, Appellant-Respondent. PETER L. F. SABBATINO, as Temporary Receiver, Respondent.—